**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of  Delaware
                         (State)

Case number (*If known*): _____  Chapter 7

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual                                12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☒ Chapter 7
☐ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's name**

CT Gardens, LLC

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

Smithland Pet & Garden Center
Smithland Supply
_____

**4. Debtor's federal Employer Identification Number (EIN)**

☒ Unknown

__ __ – __ __ __ __ __ __ __
EIN

**5. Debtor's address**

| Principal place of business | Mailing address, if different |
|---|---|
| 11 White Wood Lane<br>Number    Street | _____<br>Number    Street |
| _____ | _____<br>P.O. Box |
| North Brandford    CT    06471<br>City                State    ZIP Code | _____  ____  ____<br>City            State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| _____<br>County | _____<br>Number    Street |
| | _____ |
| | _____  ____  ____<br>City            State    ZIP Code |

Official Form 205                Involuntary Petition Against a Non-Individual                page 1

Debtor      CT Gardens, LLC                              Case number (*if known*)_____
            Name

| | | |
|---|---|---|
| 6. | **Debtor's website** (URL) | www.mysmithland.com |

| | | |
|---|---|---|
| 7. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| 8. | **Type of debtor's business** | *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☒ None of the types of business listed. |
| | | ☐ Unknown type of business. |

| | | |
|---|---|---|
| 9. | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☒ No |
| | | ☐ Yes. Debtor _____ Relationship _____ |
| | | District _____ Date filed _____ Case number, if known _____ |
| | | MM / DD / YYYY |
| | | Debtor _____ Relationship _____ |
| | | District _____ Date filed _____ Case number, if known _____ |
| | | MM / DD / YYYY |

### Part 3: Report About the Case

| | | |
|---|---|---|
| 10. | **Venue** | *Check one:* |
| | | ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| 11. | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
| | | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
| | | *At least one box must be checked*: |
| | | ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
| | | ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| 12. | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☒ No |
| | | ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Debtor  __CT Gardens, LLC_____   Case number (if known)_____
         Name

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Arett Sales Corporation | Trade Claim | $ 480,389.65 |
| BFG Supply Co., LLC | Trade Claim | $ 414,811.85 |
| Bradley Caldwell, Inc. | Trade Claim | $ 1,274,336.12 |
| | Total of petitioners' claims | $ 2,169,537.62 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Arett Sales Corporation
Name

9285 Commerce Highway
Number  Street

Pennsauken        NJ        08110
City              State     ZIP Code

Name and mailing address of petitioner's representative, if any

~~Noah Chesbrough, President~~ Michael Tuterice
Name                                   VP of Finance

9285 Commerce Highway
Number  Street

Pennsauken        NJ        08110
City              State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8  29  2025
             MM / DD / YYYY

X  _/s/ Michael Tuterice_____
Signature of petitioner or representative, including representative's title
Vice President of Finance

**Attorneys**

Katharina Earle
Printed name

Gibbons P.C.
Firm name, if any

300 Delaware Avenue, Suite 1015
Number  Street

Wilmington        DE        19801
City              State     ZIP Code

Contact phone  302-518-6332   Email  kearle@gibbonslaw.com

Bar number  6348

State  DE

X  /s/ Katharina Earle
Signature of attorney

Date signed  09/05/2025
             MM / DD / YYYY

Debtor   CT Gardens, LLC                                        Case number (if known) _____
         Name

### Name and mailing address of petitioner

Name: BFG Supply Co., LLC
Number Street: P.O. Box 479
City: Burton   State: OH   ZIP Code: 44021

### Name and mailing address of petitioner's representative, if any

Name: Bill Elkin, CFO
Number Street: P.O. Box 479
City: Burton   State: OH   ZIP Code: 44021

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/25/25

✗ [signature]
Signature of petitioner or representative, including representative's title

Printed name: Katharina Earle
Firm name, if any: Gibbons P.C.
Number Street: 300 Delaware avenue, Suite 1015
City: Wilmington   State: DE   ZIP Code: 19801
Contact phone: 302-518-6332   Email: kearle@gibbonslaw.com
Bar number: 6348
State: DE

✗ /s/ Katharina Earle
Signature of attorney

Date signed: 09/05/2025

---

### Name and mailing address of petitioner

Name: Bradley Caldwell, Inc.
Number Street: P.O. Box T
City: Hazleton   State: PA   ZIP Code: 18201

### Name and mailing address of petitioner's representative, if any

Name: Marc T. Decowski, CFO
Number Street: P.O. Box T
City: Hazleton   State: PA   ZIP Code: 18201

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

✗ _____
Signature of petitioner or representative, including representative's title

Printed name: Katharina Earle
Firm name, if any: Gibbons P.C.
Number Street: 300 Delaware Avenue, Suite 1015
City: Wilmington   State: DE   ZIP Code: 19801
Contact phone: 302-518-6332   Email: kearle@gibbonslaw.com
Bar number: 6348
State: DE

✗ _____
Signature of attorney

Date signed: _____

Debtor __CT Gardens, LLC__     Case number (if known) _____

**Name and mailing address of petitioner**

Name: BFG Supply Co., LLC
Number Street: P.O. Box 479
City: Burton   State: OH   ZIP Code: 44021

**Name and mailing address of petitioner's representative, if any**

Name: Bill Elkin, CFO
Number Street: P.O. Box 479
City: Burton   State: OH   ZIP Code: 44021

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____ MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

---

Printed name: Katharina Earle
Firm name, if any: Gibbons P.C.
Number Street: 300 Delaware avenue, Suite 1015
City: Wilmington   State: DE   ZIP Code: 19801
Contact phone: 302-518-6332   Email: kearle@gibbonslaw.com
Bar number: 6348
State: DE

✗ _____
Signature of attorney

Date signed ____ MM / DD / YYYY

---

**Name and mailing address of petitioner**

Name: Bradley Caldwell, Inc.
Number Street: P.O. Box T
City: Hazleton   State: PA   ZIP Code: 18201

**Name and mailing address of petitioner's representative, if any**

Name: Marc T. Decowski, CFO
Number Street: P.O. Box T
City: Hazelton   State: PA   ZIP Code: 18201

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/28/2025 MM / DD / YYYY

✗ /s/ Marc T. Decowski, CFO
Signature of petitioner or representative, including representative's title

---

Printed name: Katharina Earle
Firm name, if any: Gibbons P.C.
Number Street: 300 Delaware Avenue, Suite 1015
City: Wilmington   State: DE   ZIP Code: 19801
Contact phone: 302-518-6332   Email: kearle@gibbonslaw.com
Bar number: 6348
State: DE

✗ /s/ Katharina Earle
Signature of attorney

Date signed 09/05/2025 MM / DD / YYYY

Official Form 205    Involuntary Petition Against a Non-Individual    page 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> CT GARDENS, LLC, <br><br> Debtor. | Chapter 7 <br><br> Case No. 25-_____ (   ) |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Rules 1010(b) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Petitioning Creditor Arett Sales Corporation, through undersigned counsel, hereby discloses that (i) it does not have a parent company; and (ii) there is no publicly held corporation that owns ten percent (10%) or more of the equity interests in Arett Sales Corporation.

Dated: September 2, 2025  
Wilmington, Delaware

*/s/ Katharina Earle*
Katharina Earle (No. 6348)
**GIBBONS P.C.**
300 Delaware Avenue, Suite 1015
Wilmington, Delaware 19801-1671
Telephone:  (302) 518-6300
E-mail: kearle@gibbonslaw.com

-and-

Mark Conlan (*pro hac vice* forthcoming)
Kyle P. McEvilly (*pro hac vice* forthcoming)
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey  07102-5310
Telephone:  (973) 596-4500
E-mail:  mconlan@gibbonslaw.com
             kmcevilly@gibbonslaw.com

*Counsel for the Petitioning Creditors*

1

3236521.1 111717-114020

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CT GARDENS, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-_____ (    ) |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Rules 1010(b) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Petitioning Creditor BFG Supply Co., LLC, through undersigned counsel, hereby discloses that (i) its corporate parent is BFG Purchaser Parent, Inc.; and (ii) there is no publicly held corporation that owns ten percent (10%) or more of the membership interests in BFG Supply Co., LLC.

Dated: September 2, 2025
Wilmington, Delaware

*/s/ Katharina Earle*
Katharina Earle (No. 6348)
**GIBBONS P.C.**
300 Delaware Avenue, Suite 1015
Wilmington, Delaware 19801-1671
Telephone: (302) 518-6300
E-mail: kearle@gibbonslaw.com

-and-

Mark Conlan (*pro hac vice* forthcoming)
Kyle P. McEvilly (*pro hac vice* forthcoming)
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500
E-mail: mconlan@gibbonslaw.com
          kmcevilly@gibbonslaw.com

*Counsel for the Petitioning Creditors*

1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CT GARDENS, LLC,<br><br>　　　　　　　　　　Debtor. | Chapter 7<br><br>Case No. 25-_____ (     ) |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Rules 1010(b) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Petitioning Creditor Bradley Caldwell, Inc., through undersigned counsel, hereby discloses that (i) it does not have a parent company; and (ii) there is no publicly held corporation that owns ten percent (10%) or more of the membership interests in Bradley Caldwell, Inc.

Dated: September 2, 2025　　　　　　　*/s/ Katharina Earle*
Wilmington, Delaware　　　　　　　　　Katharina Earle (No. 6348)
　　　　　　　　　　　　　　　　　　　**GIBBONS P.C.**
　　　　　　　　　　　　　　　　　　　300 Delaware Avenue, Suite 1015
　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801-1671
　　　　　　　　　　　　　　　　　　　Telephone: (302) 518-6300
　　　　　　　　　　　　　　　　　　　E-mail: kearle@gibbonslaw.com

　　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　　Mark Conlan (*pro hac vice* forthcoming)
　　　　　　　　　　　　　　　　　　　Kyle P. McEvilly (*pro hac vice* forthcoming)
　　　　　　　　　　　　　　　　　　　**GIBBONS P.C.**
　　　　　　　　　　　　　　　　　　　One Gateway Center
　　　　　　　　　　　　　　　　　　　Newark, New Jersey 07102-5310
　　　　　　　　　　　　　　　　　　　Telephone: (973) 596-4500
　　　　　　　　　　　　　　　　　　　E-mail: mconlan@gibbonslaw.com
　　　　　　　　　　　　　　　　　　　　　　　　kmcevilly@gibbonslaw.com

　　　　　　　　　　　　　　　　　　　*Counsel for the Petitioning Creditors*

1