## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CT GARDENS, LLC, | Case No. 25-11661 (LSS) |
| Debtor. | |

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above-named debtor:

A petition under title 11, United States Code was filed against you in this bankruptcy court on September 5, 2025, requesting an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code).

**YOU ARE SUMMONED** and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after service of this summons.  A copy of the petition is attached.

<div style="margin-left:2em">

Address of the clerk:   United States Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

</div>

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

Name and Address of Petitioner's Attorney:   Katharina Earle, Esq.
Gibbons P.C.
300 Delaware Ave., Suite 1015
Wilmington, DE 19801
Tel: (302) 518-6332
Email: kearle@gibbonslaw.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

Date: 9/9/2025                                 (Clerk of the Bankruptcy Court)

By:                                 (Deputy Clerk)

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. P. 1005)