**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CT GARDENS, LLC,<br><br>　　　　　　Alleged Debtor. | Chapter 11<br><br>Case No. 25-11661 (LSS) |

### SCHEDULING ORDER

To promote the efficient and expeditious disposition of the *Assignee's Motion to Abstain or Dismiss and for Damages* [D.I. 8] (the "Motion"), and as set forth on the record during hearings held October 22, 2025 and October 23, 2025, involving Arett Sales Corporation ("Arett"), BFG Supply Co., LLC ("BFG") and Bradley Caldwell, Inc. ("Bradley Caldwell" and together with Arett and BFG, the "Petitioning Creditors") and Rinnovo Management LLC, in its capacity as Assignee for the Benefit of Creditors of CT Gardens, LLC (the "Assignee"), the following schedule shall apply to the Motion.

**IT IS HEREBY ORDERED** that:

1. The Assignee shall work in good faith to produce all documents in his possession, custody and control requested by the Petitioning Creditors as stated in *Petitioners' Notice of Deposition and Request for the Production of Documents Addressed to Rinnovo Management LLC* (the "**Assignee Deposition Notice**").

2. The Assignee, as represented by Gregg F. Stewart, pursuant to Fed. R. Civ. P. 30(b)(6), has agreed to appear remotely for a deposition by the Petitioning Creditors on October 29, 2025, at 3:00 p.m. (Eastern) for a period not to exceed six (6) hours.

3. The Petitioning Creditors shall file any objection to the Motion on or before Friday October 31, 2025, at 4:00 p.m. (Eastern).

4.     The Assignee shall file any reply to the Motion on or before Monday November 3, 2025, at 12:00 p.m. (Noon) (Eastern).

5.     An evidentiary hearing on the Motion will be held on November 5, 2025, at 10:00 a.m. (Eastern) (the "**Hearing**").

6.     The deadlines contained in this Scheduling Order may be extended only by Order of the Court for good cause shown; *provided*, *however*, the Petitioning Creditors reserve all rights to request an amended Scheduling Order if they are unable to secure the attendance of John W. Atkins at the deposition noticed by the Petitioning Creditors for October 30, 2025, at 1:00 p.m. (Eastern).

**Dated: October 27th, 2025**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**