# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CT GARDENS, LLC, | Case No. 25-11661 (LLS) |
| Alleged Debtor. | |

## DISMISSAL ORDER

Upon the Certification of Counsel (the "Certification of Counsel")[1] ; and this Court having jurisdiction to consider the Certification of Counsel pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and it appearing that sufficient notice of the Certification of Counsel has been given; and after due deliberation and sufficient cause appearing therefor

**IT IS HEREBY ORDERED THAT**:

1. The Involuntary Petition is **DISMISSED** with prejudice.

2. The Motion is **MOOT** due to the dismissal of the Involuntary Petition.

3. The Parties shall each bear their own costs and expenses in connection with the Proceeding.

4. Nothing herein is intended to or shall restrict the rights of the Petitioning Creditors to participate in the ABC Proceeding, except as expressly set forth herein.

5. The Petitioning Creditors shall not contest, in any manner, in the Chancery Court, including without limitation, in the ABC Proceeding, or in any other forum, venue or jurisdiction,

---

[1] Capitalized terms used and not defined herein shall have the meanings ascribed to them in the Certification of Counsel.

3267038.1 111717-114020

10648874.5

the Assignee's independence, disinterestedness, good faith, loyalty or care, or the Assignee's capacity or competence to properly exercise its duties, fiduciary and otherwise, as Assignee

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementations, interpretation, and enforcement of this Dismissal Order.

**Dated: November 12th, 2025**
**Wilmington, Delaware**

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

2067038.1 111717-114020

10648874.5